PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~Eastern~~ Souther DISTRICT OF TEXAS
## ~~Lufkin~~ Houston DIVISION

Sherman D. Brooks 2217330
Plaintiff's Name and ID Number

O.L. Luther Unit
Place of Confinement

United States Courts
Southern District of Texas
FILED

APR 23 2020

David J. Bradley, Clerk of Court

CASE NO. 9:19-CV-214
(Clerk will assign the number)

v.

Brian Collier  Executive Director
Defendant's Name and Address

Sr. Warden  Jones  1800 Luther Drive Navasota, Texas
Defendant's Name and Address

Janet Harry-Dobbins 1800 Luther Drive Navasota, Texas
Defendant's Name and Address
( DO NOT USE "ET AL.")

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR 28 2020

BY
DEPUTY _____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be underlined legibly  handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK  PAGE AND  WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  **PREVIOUS LAWSUITS:**

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: 11/13/2019

        2.  Parties to previous lawsuit:
           Plaintiff(s) Sherman D. Brooks - James Marcus Miles # 2238032
           Defendant(s) Bob Castleberry ET AL, Samuel C. Horn

        3.  Court: (If federal, name the district; if state, name the county.) Eastern District

        4.  Cause number: 42: 1983

        5.  Name of judge to whom case was assigned: Ron Clark

        6.  Disposition: (Was the case dismissed, appealed, still pending?) Still pending

        7.  Approximate date of disposition: _____

II.   PLACE OF PRESENT CONFINEMENT: _O. L. Luther Unit_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Brian Collier Executive Director_
_Sherman D. Brooks #2217330  James M. Miles #2238082_
_1800 Luther Drive Navasota, Texas. 77868_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Jones Senior Warden_
_1800 Luther Drive Navasota, Texas. 77868_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Acting With Deliberate Indifference - Unreasonable Exposure to COVID19_

Defendant #2: _Janet Harry-Dobbins Asst Warden_
_1800 Luther Dr. Navasota, Tx. 77868_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Acting with Deliberate Indifference Unreasonable exposure to Co-VID19_

Defendant #3: _Brian Collier - Executive Director_
_1800 Luther Dr. Navasota, Tx. 77868_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Acting with Deliberate Indifference failure to abate Substantial Risk_

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

The O.L. Luther Unit Administration and Executive Director Brian Collier fail to take reasonable measure to abate the Substantial Risk of Unreasonable Exposure to the Co-VID 19 Virus., After it was made aware of the Coronavirus Pandemic Offenders were not given effective PPE (Mask, Gloves, etc) but was housed less than 3ft apart and often sanctioned, through disciplinary action for failing to sit in close capacity in a over populated dayroom with a seating capacity of 24 per 56 offenders housed in a single housing area.

VI.   RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

I would seek Monetary Damages of 3.6 Million Dollars Preliminary and Declaratory Injunctive Relief

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Sherman D. Brooks

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2217330

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _✓_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied? _____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?  _____ YES __✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: _____
          DATE

_____

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

    1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

    2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

    3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

    4.  I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

    5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____*11th*_____ day of ___*April*___ , 20 _*20*_ .
          (Day)          (month)       (year)

*James miles*
*Sherman Brooks*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

James Miles
1800 Luther Dr.
Navasota TX 77868

U.S. POSTAGE PAID
FCM LG ENV
WHARTON, TX
77488
APR 21, 20
AMOUNT
$4.75
R2305K132163-01

1000        77208

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

18 0360 0002 1157 5172

United States Courts
Southern District of Texas
FILED

APR 23 2020

David J. Bradley, Clerk of Court

U.S. District Court
Southern District Houston
Division

P. O. Box 61010

Houston TX 77208

Legal Documents
...d and released

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON, TEXAS 77550

OFFICIAL BUSINESS



UNITED STATES POSTAGE

PITNEY BOWES

02 1P                $ 001.60⁰
0001996034   APR 23 2020
MAILED FROM ZIP CODE 77550

Ward R. Burke United States Courthouse
104 North Third Street
Lufkin, Texas 75901

CLERK, U.S. DISTRICT COURT
RECEIVED

APR 2 8 2020

EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS